THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Randy Allison Railey,       
Appellant.
 
 
 

Appeal From York County
Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2004-UP-260
Submitted February 20, 2004  Filed 
 April 19, 2004   

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Wanda P. Hagler, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM:  Randy Allison Railey appeals 
 his conviction for assault and battery of a high and aggravated nature.  His 
 appellate counsel has petitioned to be relieved as counsel, stating she has 
 reviewed the record and has concluded his appeal is without merit.  The issue 
 briefed by counsel concerns whether the trial court erred in failing to charge 
 the jury regarding the voluntariness of confessions.  Railey has not filed any 
 documents on his own behalf.
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Raileys 
 appeal and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, JJ., 
 concur.

 
 [1] 
 Because oral argument would not aid the court in resolving the issues on appeal, 
 we decide this case without oral argument pursuant to Rules 215 and 220(b)(2), 
 SCACR.